WALBRIDGE, Respondent, vs. WHEELER and another, Appellants.

*January 14—June 20, 1927.*

Companion case to *Stephens v. Wheeler, ante,* p. 164.

APPEAL from part of an order and motion to review another part thereof by the circuit court for Columbia county: CHESTER A. FOWLER, Circuit Judge. *Affirmed on defendants' appeal; reversed on plaintiff's motion to review.*

For the appellants there were briefs by *Grady, Farnsworth & Walker* of Portage, and oral argument by *Daniel H. Grady.*

For the respondent there was a brief by *Olin & Butler,* and oral argument by *Clifford G. Mathys* and *H. H. Thomas,* all of Madison.

The following opinion was filed April 5, 1927:

PER CURIAM. This is a companion to the case of G. W. Stephens against the same defendants (*ante,* p. 164, 213 N. W. 464), decided herewith. It presents substantially the same question and is governed by the decision there made.

The order appealed from is reversed *in toto,* and the cause remanded for further proceedings according to law as indicated in that opinion.

A motion for a rehearing was denied, with $25 costs, on June 20, 1927.